**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK

COUNTY OF NEW YORK

Maria Vigario, being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age, and my business address is 250 Broadway, 9th Floor, New York, New York 10007.

On April 11, 2008, I served the within

(1) Notice of Motion to Dismiss the Complaint, dated April 10, 2008;

(2) Notice to Pro Se Litigant Who Opposes a Rule 12 Motion Supported By Matters Outside the Pleadings, dated April 10, 2008;

(3) Declaration of Jeffrey Niederhoffer in Support of Defendants' Motion to Dismiss the Complaint, dated April 8, 2008, and Exhibits A through I attached thereto;

(4) Declaration of Michael Wyands in Support of Defendants' Motion to Dismiss the Complaint, dated April 10, 2008;

(5) Defendants' Memorandum of Law in Support of Its Motion to Dismiss the Complaint, dated April 10, 2008,

by enclosing a copy of each in a stamped wrapper properly addressed to plaintiff:

GERARD O'NEILL
Plaintiff Pro Se
870 Columbus Avenue, Apt. # 3C
New York, New York 10025

and depositing the foregoing in a receptacle under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Maria Vigario

Sworn to before me this
___11th___ day of April 2008

_____
Notary Public

JEFFREY NIEDERHOFFER
Notary Public of New York
No. 02NI5024799
Richmond County
My Commission Expires March 14, 2010