## AFFIDAVIT OF SERVICE

STATE OF NEW YORK

COUNTY OF NEW YORK

Maria Vigario, being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age, and my business address is 250 Broadway, 9th Floor, New York, New York 10007.

On May 8, 2008, I served the within "Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Complaint," dated May 8, 2008, by enclosing a copy thereof in a stamped wrapper properly addressed to plaintiff:

GERARD O'NEILL
Plaintiff Pro Se
870 Columbus Avenue, Apt. # 3C
New York, New York 10025

and depositing the foregoing in a receptacle under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Maria Vigario

Sworn to before me this
____8th____ day of May 2008

_____
Notary Public

JEFFREY NIEDERHOFFER
Notary Public of New York
No. 02NI5024799
Richmond County
My Commission Expires March 14, 2010