June 5, 2008

08 CV 1689 (KMW)

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/08
```

Judge Ellis:

I'm respectfully requesting a 7 DAY ] — granted KMW
extension — due June 6
submitted June 13

Thank-you,

Gwave O'Neill

No later than Friday, June 13, 2008, plaintiff must serve and file (1) any opposition to defendants' motion to dismiss; and (2) any reply to defendants' May 8, 2008 opposition to plaintiff's May 1, 2008 motions. No later than Friday, June 27, 2008, defendant must serve and file any reply to plaintiff's opposition to the motion to dismiss. No further extensions will be granted unless good cause is shown.

SO ORDERED, N.Y., N.Y. 6/6/08

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.


RECEIVED JUN - 6 2008
CHAMBERS OF KIMBA M. WOOD
U.S.D.J. S.D.N.Y.


RECEIVED JUN X 5 2008
PRO SE OFFICE