## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
COUNTY OF NEW YORK

Maria Vigario, being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age, and my business address is 250 Broadway, 9th Floor, New York, New York 10007.

On July 21, 2008, I served the within

(1) Notice of Motion to Dismiss the First Amended Complaint, dated July 21, 2008;

(2) Notice to Pro Se Litigant Who Opposes a Rule 12 Motion Supported By Matters Outside the Pleadings, dated July 21, 2008;

(3) Declaration of Jeffrey Niederhoffer in Support of Defendants' Motion to Dismiss the First Amended Complaint, dated July 21, 2008, and Exhibits A through J attached thereto;

(4) Defendants' Memorandum of Law in Support of Its Motion to Dismiss the First Amended Complaint, dated July 21, 2008,

by enclosing a copy of each in a stamped wrapper properly addressed to plaintiff at the following address:

> GERARD O'NEILL
> Plaintiff Pro Se
> 870 Columbus Avenue, Apt. # 3C
> New York, New York 10025

and depositing the foregoing in a receptacle under the exclusive care and custody of the United States Postal Service within the State of New York.

_Maria Vigario_
Maria Vigario

Sworn to before me this
21st day of July 2008

_[signature]_
Notary Public

JEFFREY NIEDERHOFFER
Notary Public of New York
No. 02NI5024799
Richmond County
My Commission Expires March 14, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(Pro Se Plaintiff)

---

GERARD O'NEILL,                                08 CV 1689 (KMW)(RLE)

        Plaintiff,

- against -

TITO HERNANDEZ,
RICARDO MORALES, and
NEW YORK CITY HOUSING AUTHORITY,

        Defendants.

---

**AFFIDAVIT OF SERVICE BY MAIL**

---

RICARDO ELIAS MORALES
General Counsel
New York City Housing Authority
Attorney for Defendants
250 Broadway, 9th Floor
New York, New York 10007
(212) 776-5259

Donna M. Murphy,
Jeffrey Niederhoffer,
Of Counsel